RECEIVED

NOV - 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GEORGE LOSHA AWUNE** | **CIVIL ACTION NO. 05-0639** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ALBERT GONZALES, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, as modified by this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion for Summary Judgment [Doc. No. 10] is DENIED, and his Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED WITH PREJUDICE. After the stay on his removal is lifted and there is a final decision by the immigration court, Petitioner may file a Petition for Writ of Habeas Corpus if he is then detained for an unreasonable length of time pending his removal.

Monroe, Louisiana, this 31 day of October, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

6